**Juan Moreno HAINES, Plaintiff–Appellant,**

v.

**W. HILL, Associate Warden; et al., Defendants–Appellees.**

No. 08–17394.

United States Court of Appeals, Ninth Circuit.

Submitted July 19, 2010.*

Filed Aug. 2, 2010.

Juan Moreno Haines, pro se.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Julianne Mossler, Deputy Attorney General, AGCA–Office of the California Attorney General, San Francisco, CA, for Defendants–Appellees.

Before: B. FLETCHER, REINHARDT, and WARDLAW, Circuit Judges.

## MEMORANDUM **

Juan Moreno Haines, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging that defendants denied him access to the courts. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Barnett v. Centoni,* 31 F.3d 813, 815 (9th Cir.1994) (per curiam). We affirm.

Haines contends that prison officials violated his right to access the courts by not treating his letter to the California Claims Board as legal mail. The district court properly granted summary judgment because Haines did not demonstrate that the defendants caused him an actual injury. *See Lewis v. Casey,* 518 U.S. 343, 353–55, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996) (explaining actual injury requirement).

Haines's remaining contentions are unpersuasive.

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).